UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>EK FOOD SERVICES, INC.,<br><br>   Defendant. | Case No. 21-cv-04843-TLT<br><br>**ORDER VACATING CASE MANAGEMENT STATEMENT; DISMISSING ADA CLAIM WITHOUT PREJUDICE; DECLINING SUPPLEMENTAL JURISDICTION OVER UNRUH ACT CLAIM; CLOSING CASE**<br><br>Re: Dkt. No. 16 |

Plaintiff has filed an indication of mootness of his Americans with Disabilities Act ("ADA") claim for injunctive relief. Dkt. No. 16. Plaintiff also indicates that he has no objection to the Court declining supplemental jurisdiction over the remaining Unruh Act claim. *Id.* at 2. Accordingly, the Joint Case Management Statement is **VACATED**. Plaintiff's ADA claim is **DISMISSED WITHOUT PREJUDICE**. With no objection from Plaintiff, the Court **DECLINES** supplemental jurisdiction over the remaining Unruh Act claim, which is **DISMISSED WITHOUT PREJUDICE**. *See* 28 U.S.C. § 1367(c)(3). The Clerk shall close the case.

  **IT IS SO ORDERED.**

Dated: September 19, 2022

                        _____
                        TRINA L. THOMPSON
                        United States District Judge